**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**DESIGN PROFESSIONALS
INSURANCE COMPANY,
a California insurance company**                                      **PLAINTIFF**

**VS.**                  **CASE NO. 4:03CV000153 JMM**

**STAN PARKS, et al**                                             **DEFENDANTS**

**ORDER**

Pending before the Court is Chicago Insurance Company's Motion to Tax Costs on Appeal Pursuant to Federal Rule of Appellate Procedure 39(e) (docket entry #180). For the reasons stated below, the Motion is granted.

On July 21, 2006, the Court of Appeals for the Eighth Circuit affirmed this Court's judgment in favor of Chicago Insurance Company on the issue of estoppel, reversed the judgment against Chicago which was in favor of plaintiffs Design Professionals Insurance Company ("DPIC") and ESI Group, Inc. ("ESI") on all other issues, and reversed the grant of summary judgment to DPIC resulting in appellant Chicago prevailing on its appeal and DPIC's cross-appeal.

Pursuant to Rule 39(e) of the Federal Rules of Appellate Procedure which provides that certain costs on appeal can be assessed against an appellant or appellee, the Court assesses a total of $26,967.28 against DPIC and ESI which includes $1,125.30 for the cost of the reporter's transcript, the $25,586.98 premium paid by Chicago for a supersedeas bond, and Chicago's $255.00 filing fee for the notice of appeal.

THEREFORE Chicago shall recover from DPIC and ESI the sum of twenty-six thousand nine-hundred and sixty-seven dollars and twenty-eight cents ($26,967.28).

IT IS SO ORDERED THIS 25th day of October, 2006.

_____
James M. Moody
United States District Judge