IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DESIGN PROFESSIONALS INSURANCE
COMPANY                                                                                          PLAINTIFF

VS.                                   CASE NO.  4:03CV00153 JMM

CHICAGO INSURANCE COMPANY, ET AL.                                             DEFENDANTS

ORDER

By agreement between the parties as reflected in the Stipulation for Dismissal (#194) filed December 8, 2006, the Court hereby finds that this case should be dismissed with prejudice.

IT IS THEREFORE CONSIDERED, ORDERED, AND ADJUDGED that his case be, and hereby is, dismissed with prejudice.  Unless the Court has previously ordered otherwise, the parties shall pay their own costs and attorneys' fees.

IT IS SO ORDERED this   4   day of January, 2007.

_____
James M. Moody
United States District Judge